FORM B5
(10-05)

| United States Bankruptcy Court<br>Southern District of New York | **INVOLUNTARY PETITION** |
|---|---|
| IN RE (Name of Debtor - If individual, Enter: Last, First, Middle)<br>**Source Enterprises, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names) |
| LAST FOUR DIGITS OF SOC. SEC. NO/Complete EIN or other TAX I.D. NO. (If more than one, state all.)<br>**52-1655283** | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>**11 Broadway-Suite 360,**<br>**New York, New York**<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: **New York.**<br>ZIP CODE **10003** | MAILING ADDRESS OF DEBTOR (if different from street address)<br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from previously listed addresses)
**11 Broadway-Suite 360**
**New York, New York 10003**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☑ Chapter 7        ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

Petitioners believe:
☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

BRIEFLY DESCRIBE NATURE OF BUSINESS
**Magazine publishing.**

TYPE OF DEBTOR
☐ Individual            ☐ Stockbroker
☐ Partnership        ☐ Railroad
☑ Corporation        ☐ Health Care Business
☐ Clearing Bank    ☐ Commodity Broker
☐ Other:

| VENUE | FILING FEE (Check on box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principle assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days in any other District.<br>☐ A Bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)                                    COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy*
*Reform Act of 1994, no fee is required.*

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _[signature]_ 7/26/06 | x _[signature]_ 7/26/2006 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| **David Villorente** 7/26/2006 | **Law Offices of Gabriel Del Virgi** |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| | **641 Lexington Avenue**<br>**21st Floor**<br>**New York, New York 10022.** |
| Name & Mailing Address of Individual Signing in Representative Capacity: **41 Underhill Avenue, 3C, Brooklyn, New York 11238** | Address<br>**(212) 371-5478**<br>Telephone No. |

| x _____ | x _____ 7/26/2006 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| **The McMillan Firm** 7/26/2006 | **Law Offices of Gabriel Del Virgi** |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| | **641 Lexington Avenue**<br>**21st Floor**<br>**New York, New York 10022.** |
| Name & Mailing Address of Individual Signing in Representative Capacity: **L. Londell Mc Millan**<br>**156 West 56th Street**<br>**New York, New York 10019** | Address<br>**(212) 371-5478**<br>Telephone No. |

| x _____ | x _____ 7/26/2006 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| **PC Mall, Inc.** 7/26/2006 | **Law Offices of Gabriel Del Virgi** |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |

2 Continuation sheets attached

OFFICIAL FORM 5 - Page 2 Involuntary Petition (10/05)　　　　Name of Debtor　**Source Enterprises, Inc.**

Case No. _____

---

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ | x _____ 7/26/2006 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney　　Date |
| **David Villorente**　　7/26/2006 | **Law Offices of Gabriel Del Virgi** |
| Name of Petitioner　　Date Signed | Name of Attorney Firm (if any) |
| | 641 Lexington Avenue<br>21st Floor<br>New York, New York 10022. |
| Name & Mailing Address of Individual Signing in Representative Capacity　**41 Underhill Avenue, 3C Brooklyn, New York 11238** | Address<br>**(212) 371-5478**<br>Telephone No. |
| x _[signature]_____ | x _[signature]_____ 7/26/2006 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney　　Date |
| **The McMillan Firm**　　7/26/2006 | **Law Offices of Gabriel Del Virgi** |
| Name of Petitioner　　Date Signed | Name of Attorney Firm (if any) |
| | 641 Lexington Avenue<br>21st Floor<br>New York, New York 10022. |
| Name & Mailing Address of Individual Signing in Representative Capacity　**L. Londell Mc Millan**　**155 West 56th Street New York, New York 10019** | Address<br>**(212) 371-5478**<br>Telephone No. |
| x _____ | x _____ 7/26/2006 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney　　Date |
| **PC Mall, Inc.**　　7/26/2006 | **Law Offices of Gabriel Del Virgi** |
| Name of Petitioner　　Date Signed | Name of Attorney Firm (if any) |

2 Continuation sheets attached

OFFICIAL FORM 5 - Page 2 Involuntary Petition (10/05)    Name of Debtor  **Source Enterprises, Inc.**

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| David Villorente | Law Offices of Gabriel Del Virgi |
| Name of Petitioner      Date Signed | Name of Attorney Firm (If any) |
|  | 641 Lexington Avenue |
|  | 21st Floor |
|  | New York, New York 10022 |
| Name & Mailing Address of Individual Signing in Representative Capacity: 41 Underhill Avenue, 3C Brooklyn, New York 11238 | Address |
|  | (212) 371-5478 |
|  | Telephone No. |

| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| The McMillan Firm | Law Offices of Gabriel Del Virgi |
| Name of Petitioner      Date Signed | Name of Attorney Firm (If any) |
|  | 641 Lexington Avenue |
|  | 21st Floor |
|  | New York, New York 10022 |
| Name & Mailing Address of Individual Signing in Representative Capacity: L. Londell Mc Millan 156 West 56th Street New York, New York 10019 | Address |
|  | (212) 371-5478 |
|  | Telephone No. |

| x _____ Legal Counsel | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney          Date |
| PC Mall, Inc.          7/26/06 | Law Offices of Gabriel Del Virgi |
| Name of Petitioner      Date Signed | Name of Attorney Firm (If any) |

2 Continuation sheets attached

Name of Debtor **Source Enterprises, Inc.**

Case No. _____

| Name & Mailing Address of Individual Signing in Representative Capacity | **Jeffrey Galen, Esq.** **16255 Ventura Blvd.** **Encino, California 91436** | **641 Lexington Avenue** **21st Floor** **New York, New York 10022.** Address **(212) 371-5478** Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **David Villorente** **41 Underhill Avenue** **3c** **Brooklyn, New York 11238** | **Judgment obtained.** | 4,700.00 |
| **The McMillan Firm** **156 West 56th Street** **New York, New York 10019** | **Unpaid legal services rendered.** | 530,228.00 |
| **PC Mall, Inc.** **c/o Galen & Davis LLP** **16255 Ventura Blvd.** **Encino, California 91436** | **Judgment dated** **June 21, 2006** | 27,765.51 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners, Claims $ 562,693.51 |

<u>2</u> Continuation sheets attached

JUDGMENT                                                                          06C00687
                    SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
                    SOUTHWEST DISTRICT, SOUTH BAY COURTHOUSE ( -19486-)
                          825 MAPLE AVENUE, TORRANCE, CA 90503
                                Telephone: (310) 222-8801

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT JUDGMENT BE ENTERED AS FOLLOWS:

FOR: PC MALL, INC., A DELAWARE CORPORATION

AGAINST: SOURCE ENTERPRISES, INC., A DELAWARE CORPORATION WHICH WILL DO
BUSINESS IN CALIFORNIA AS DELAWARE SOURCE ENTERPRISES, INC.,

$ 24017.23    Principal, $ 1000.00      Attorney Fees, $ 2283.28        Interest,
$ 465.00      costs as provided by law (as taxed or ascertained.)

FOR A TOTAL OF: $    27765.51


DATED: 06/21/2006                         M. PILARCA
                                          DEPUTY CLERK


=====================================================        JOHN A. CLARKE
FILED AND ENTERED ON: 06/21/2006                             Executive Officer/Clerk
BY M. PILARCA
   DEPUTY CLERK
                                        JUDGMENT
CIV 4

Name of Debtor **Source Enterprises, Inc.**

Case No. _____

| Name & Mailing Address of Individual Signing in Representative Capacity | **Jeffrey Galen, Esq.** <br> **16255 Ventura Blvd.** <br> **Encino, California 91436** | 641 Lexington Avenue <br> 21st Floor <br> New York, New York 10022. <br><br> Address <br><br> (212) 371-5478 <br> Telephone No. |
|---|---|---|

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| David Villorente <br> 41 Underhill Avenue <br> 3c <br> Brooklyn, New York 11238 | Judgment obtained. | 4,700.00 |
| The McMillan Firm <br> 156 West 56th Street <br> New York, New York 10019 | Unpaid legal services rendered. | 530,228.00 |
| PC Mall, Inc. <br> c/o Galen & Davis LLP <br> 16255 Ventura Blvd. <br> Encino, California 91436 | Judgment dated <br> June 21, 2006 | 27,765.51 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners, Claims

$ **562,693.51**

2 Continuation sheets attached