UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
In re

SOURCE ENTERPRISES, INC.,

        Debtor.

Chapter 7

Case No. 06-11707(AJG)

---------------------------------X

## AFFIDAVIT OF SERVICE.

STATE OF NEW YORK   )
                        : s.s:
COUNTY OF NEW YORK  )

    Gabriel Del Virginia, being duly sworn, deposes and says:

    1.  I am not a party to the instant case, am over 18 years of age and reside in New York, New York.

    2.  On July 31, 2006, served a copy of the instant:

    (i)  "Summons to Involuntary Debtor", and

    (ii) "Involuntary Petition",

upon the parties on the attached service list, at the addresses designated by such parties for that purpose, by depositing true copies of same enclosed in first-class, postage pre-paid properly addressed envelopes, in an official depository under the exclusive care and custody of the United States Postal Service, in the State of New York.

                                          GABRIEL DEL VIRGINIA

Sworn to before me on
July 31, 2006.

_____
**Notary Public**

STEVEN IRA SUPER
Notary Public, State of New York
No. 02SU6008737
Qualified in New York County
Commission Expires June 15, 20 10

Source Enterprises, Inc.

SERVICE LIST.

Source Enterprises, Inc.,
11 Broadway-Suite 360,
New York, New York 10003.
Attention: President.

Source Enterprises, Inc.,
215 Park Avenue South,
New York, New York 10003.
Attention: President.

Secretary of State,
New York Department of State,
Division of Corporations
41 State Street,
Albany, New York 12207.