**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, NY 10019
(212) 237-1000
Charles E. Simpson (CES-2130)

Proposed Attorneys for Source Enterprise, Inc.,
    Debtor.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                     :
In re:                               :
                                     :
SOURCE ENTERPRISES, INC.,            :     Involuntary Chapter 7
11 Broadway, Suite 360               :     Case No. 06-11707 (AJG)
New York, New York 10003,            :
                                     :
                    Debtor.          :
                                     :     **NOTICE OF HEARING**
Federal Tax Identification           :
No. 52-1655-283                      :
------------------------------------x

    **PLEASE TAKE NOTICE**, upon the annexed application of Source

Enterprises, Inc., Debtor (the "Debtor"), by its proposed

attorneys, Windels Marx Lane & Mittendorf, LLP, the Debtor shall

move this Court before Honorable Arthur J. Gonzales, United

States Bankruptcy Judge, at the United States Bankruptcy Court,

The Alexander Hamilton Custom House, One Bowling Green, New

York, New York, Courtroom 523, on September 20, 2006 at 9:30

a.m. in the forenoon of that day, or as soon thereafter as

counsel can be heard, for an Order pursuant to Sections 348 and

706(a) of the United States Bankruptcy Code, 11 U.S.C. §§348 and

705(a), and Rules 2002(c)(4) and 9013 of the Federal Rules of

Bankruptcy Procedure, converting the above-captioned Involuntary

Chapter 7 case to a case under Chapter 11 of the Bankruptcy

Code; and

**PLEASE TAKE FURTHER NOTICE**, that objections to the

application, if any, must (A)(i) be in writing, (ii) state the

name and address of the objecting party, (iii) state with

particularity the basis and nature of the objection, (iv)

conform to the Federal Rules of Bankruptcy Procedure and the

Local Bankruptcy Rules of the Southern District of New York (the

"Local Rules"), and (v) be filed, together with proof of

service, pursuant to the procedures set forth in the Local Rules

and General Order M-242, and (B) served upon the following:

> Clerk
> United States Bankruptcy Court
> Alexander Hamilton Custom House
> One Bowling Green
> New York, New York 10004
>
> -and-
>
> Office of the United States Trustee
> 33 Whitehall Street, 21st Floor
> New York, New York 10004

with a copy sent directly to the Chambers of Honorable Arthur J.

Gonzalez, United States Bankruptcy Judge, at the above address

and be served upon:

> Windels Marx Lane & Mittendorf, LLP
> 156 West 56th Street
> New York, New York 10019
> Attn: Charles E. Simpson, Esq.

so as to be received at least three (3) days prior to the Hearing Date. If you do not object to the relief sought, you need not respond nor appear at the Hearing.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without notice to any creditor or other party-in-interest other than by announcement of the adjourned date in open court on the date of the Hearing.

Dated: New York, New York
      August 21, 2006

WINDELS, MARX LANE & MITTENDORF, LLP

By: _____
      Charles E. Simpson (CES-2130)
      **A Member of the Firm**

156 West 56th Street
New York, New York 10019
(212) 237-1000

Proposed Attorneys for Source
Enterprises, Inc., Debtor